

| Com. v. Wright ..... | 09/29/2015250 MAL (2015) | Denied | Pa.Super., 106 A.3d 152 |
|---|---|---|---|
| Com. v. Wunder .... | 10/14/2015365 MAL (2015) | Denied | Pa.Super., 122 A.3d 435 |
| Com. v. Zaledzieski | 11/10/2015392 MAL (2015) | Denied | |
| Conway v. Walker Nell Partners, Inc.; Walker Nell Partners, Inc. ........ | 10/14/2015289 EAL (2015) | Denied | Pa.Super., 121 A.3d 1139 |
| Cornelius v. Menio | 10/14/2015122 MAL (2015) | Denied | Pa.Super., 113 A.3d 344 |
| Grace, In re Estate of .............. | 10/07/2015170 MAL (2015) | Denied | Pa.Super., 113 A.3d 360 |
| Housing Opportunity Partners Reo, LLC v. Mehalshick; Mehalshick, In re [4] .............. | 09/30/2015465, 466 MAL (2015) | Denied | Pa.Super., 120 A.3d 1052; 120 A.3d 1053 |
| J.S.S., In re Adoption of; P.A.S., In re .............. | 11/04/2015391 WAL (2015) | Denied | Pa.Super., 131 A.3d 107 |
| K.L. v. G.L. ........ | 10/14/2015378 MAL (2015) | Denied | Pa.Super., 121 A.3d 1137 |
| L.C. v. S.C. [5] ....... | 10/06/2015499 EAL (2015) | Denied | No. 1802 EDA 2015 |
| Leoni v. Leoni ...... | 10/14/2015397–400 MAL (2015) | Denied | Pa.Super., 120 A.3d 385 |

4. Reconsideration Denied December 25, 2015.

5. Reconsideration Denied November 9, 2015.